**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 20, 2024.**



In The

# Fourteenth Court of Appeals

### NO. 14-24-00522-CV

## ALCHEMY TENACITY, LLC, RICHARD PAUL BEAULLIEU, ALCHEMY 2018, LLC AND ALCHEMY 4, LLC, Appellants

**V.**

## MTZ HOLDINGS, LLC, Appellee

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2023-75394**

### MEMORANDUM OPINION

This is an appeal from a judgment signed June 27, 2024. On July 26, 2024, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.